FILED
2007 Feb-07 PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| PATRICIA DENDY,<br><br>　　Plaintiff,<br><br>v.<br><br>THE HOME DEPOT U.S.A., INC.,<br><br>　　Defendant. | CIVIL ACTION NO.<br>CV-06-698-PWG |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Patricia Dendy and Defendant Home Depot U.S.A., Inc., by and through their respective undersigned counsel of record, and stipulate to the dismissal of the above-captioned lawsuit, with prejudice, each party to bear her and its own attorneys' fees and costs.

_____
David R. Arendall – ASB-7006-A31D
Attorney for Plaintiff
Arendall & Associates
2018 Morris Ave., 3rd Floor
Birmingham, AL 35203
Telephone: (205) 252-1550
Facsimile: (205) 252-1556
E-mail: dra@arendalllaw.com

*Steven M. Stastny* /by SAS with
_____  express
Steven M. Stastny – ASB-7803-S71S  permission
Attorney for Defendant
Ford & Harrison LLP
2100 Third Ave. N. Suite 400
Birmingham, AL 35203
Telephone:  (205) 244-5900
Facsimile:  (205) 244-5901
E-mail:  sstastny@fordharrison.com